■ CLAIRE H. FREEMAN, Respondent, v EDWARD H. FREEMAN, Appellant. — Order unanimously reversed, without costs, and proceeding dismissed, in accordance with the following memorandum: It was improper for the court to hold defendant in criminal contempt. An application brought to punish a contempt consisting of the failure to comply with an order of support is controlled wholly by the provisions of section 245 of the Domestic Relations Law (see *Wides v Wides,* 96 AD2d 592). That section requires that such an application be brought pursuant to the provisions of section 756 of the Judiciary Law, which governs civil contempt. The court is without authority in a civil contempt proceeding to impose a definite sentence of imprisonment (*Wides v Wides, supra*). The dismissal is without prejudice to an application for commitment for civil contempt. (Appeal from order of Supreme Court, Oneida County, Sullivan, J. — criminal contempt.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY GAINES, Appellant. — Adjudication unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Monroe County Court, Maas, J. — youthful offender.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAUHERUN ALWAKEEL, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Sedita, J. — criminal possession of a weapon, third degree.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ . In the Matter of ALFRED PRUDE et al., Petitioners, v JOSEPH J. SEDITA, as a Justice of the Supreme Court, Respondent. — Proceeding unanimously dismissed, without costs, upon stipulation, and stay vacated. (Art 78 proceeding.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.